Dear Clerk of Court,

I was not able to send the original complaint, due to officer moving me, confiscating my property, removing certain legal materials, that I had. I enclosed herein an "Amended Complaint" of a 1983 Civil Suit to address the court about the following complaint, prevern complaint to address the court.

Sincerly Yours
Eddie Frank Joyder