# United States District Court
## Southern District of Georgia

EDDIE FRANK FLOYD, III,

Plaintiff,

v.

JAKELIA BATEMAN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-54

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated July 2, 2019 adopting the Magistrate Judge's Report and Recommendations as the opinion of this court, the Plaintiff's complaint is dismissed without prejudice. The Court denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

July 19, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk